No. 237, Misc. LAKE *v.* CAMERON, HOSPITAL SUPERIN-
TENDENT. C. A. D. C. Cir. Certiorari denied.

No. 238, Misc. PETERS *v.* COX, WARDEN. C. A. 10th
Cir. Certiorari denied.

No. 239, Misc. HOWARD *v.* WISCONSIN. Sup. Ct. Wis.
Certiorari denied.

No. 240, Misc. DAWSON *v.* CITY COUNCIL OF BUTTE,
MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.
*Joseph P. Monaghan* for petitioner. *John H. Risken* for
respondent Herweg.

No. 241, Misc. FRACE *v.* RUSSELL, CORRECTIONAL
SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 242, Misc. McCLENNY *v.* UNITED STATES. C. A.
4th Cir. Certiorari denied. Petitioner *pro se. Acting
Solicitor General Spritzer, Assistant Attorney General
Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for
the United States.

No. 243, Misc. AUTH *v.* NEW YORK. App. Div., Sup.
Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 244, Misc. WHITE *v.* WILSON, WARDEN. Super.
Ct. Cal., County of Marin. Certiorari denied.

No. 247, Misc. BOWERS *v.* UNITED STATES. C. A. 5th
Cir. Certiorari denied. *Joseph H. Davis* for petitioner.
*Acting Solicitor General Spritzer, Assistant Attorney
General Vinson, Beatrice Rosenberg* and *Daniel H. Ben-
son* for the United States.